IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FANNIE MAE<br><br>Plaintiff,<br><br>vs.<br><br>NB STADIUM VIEW, DST; PATRICK NELSON; BRIAN NELSON; NELSON BROTHERS PROFESSIONAL REAL ESTATE, LLC; NB STADIUM VIEW LEASECO, LLC; and SUMMIT FIRE & SECURITY LLC f/k/a FIRE SUPPRESSION SYSTEMS LLC,<br><br>Defendants. | CV 25–107–BU–DLC<br><br>ORDER |

Before the Court is Plaintiff's Motion for the admission of attorney Jay L. Krystinik, *pro hac vice*, in the above-captioned matter. (Doc. 79.) It appears that David Knobel and Jennifer Godonis of Crowley Fleck PLLP will serve as local counsel in this matter. (*Id.* at 2.) Mr. Krystinik's application (Doc. 79) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the Motion (Doc. 79) is GRANTED on the condition that Mr. Krystinik does his own work. This means that he must: (1)

do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Krystinik shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Krystinik files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 15th day of September, 2025.

Dana L. Christensen, District Judge
United States District Court